**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
HANGZHOU A & C (HONG KONG) :
INTERNATIONAL LIMITED, :
 :
         Plaintiff, :    **17 Civ. 05366(PAC)**
 :
    -against- :    <u>**ORDER**</u>
 :    <u>**DISMISSAL FOR FAILURE**</u>
PARIGI GROUP LTD et al, :    <u>**TO PROSECUTE**</u>
 :
         Defendants :
----------------------------------X

**PAUL A. CROTTY, U.S.D.J.:**

    A review of the Docket Sheet for the above-captioned case indicates that no action has been taken since March 18, 2019 when the Court gave plaintiff 30-days to obtain new counsel. Accordingly, it is hereby

    **ORDERED** that the Clerk of Court is directed to dismiss the complaint in this action and to terminate any pending motions and close this case for lack of prosecution without prejudice, provided that within seven days of the date of this Order plaintiff may request reinstatement of the case to the Court's active docket.

**SO ORDERED:**

Dated:    New York, New York
           October 7, 2020

                                         _____
                                            Paul A. Crotty
                                               U.S.D.J.